# Exhibit "A"

Approved, SCAO

| | | |
|---|---|---|
| | Original - Court | 2nd copy - Plaintiff |
| | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | SUMMONS AND COMPLAINT | CASE NO. |
|---|---|---|
| **16th JUDICIAL CIRCUIT** JUDICIAL DISTRICT COUNTY PROBATE | | 15 - 2 5 9 8 - N O -NO |

**Court address**
40 N. Main St. Mt. Clemens, MI 48043

**Court telephone no.**
(586) 469-5150

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Karen Smolarz c/o Zebrowski Law 45952 Schoenherr Shelby Twp., MI 48315 (586) 566-7266 | v | WAL-MART STORES, INC., a Foreign corporation individually and d/b/a Wal-Mart, WalMart, Wal-Mart Neighborhood Market, Wal-Mart Supercenter, Wal-Mart Supercenter #4660 c/o The Corporation Company |

| Plaintiff's attorney, bar no., address, and telephone no. | |
|---|---|
| Paul A. Zebrowski (44427), Thomas A. Biscup (40380) Anthony J. Nardone (78836) Zebrowski Law 45952 Schoenherr Shelby Township, MI 48315 (586) 566-7266 | THE CORPORATION COMPANY 30600 TELEGRAPH ROAD, STE 2345 BINGHAM FARMS, MI 48025 **JAMES M. MACERONI** |

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| JUL 2 4 2015 | OCT 2 3 2015 | *Camilla Ashford* |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Macomb, MI | Clinton Twp., MI |

| Place where action arose or business conducted |
|---|
| Clinton Twp., MI |

07/24/2015
**Date**

*Brett J. Nee*
Signature of attorney/plaintiff

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01  (3/08)  SUMMONS AND COMPLAINT    MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

| PROOF OF SERVICE | SUMMONS AND COMPLAINT<br>Case No. **5 - 2 5 9 8 - N O** |
|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE** | **OR** | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with Plaintiffs First Request for Production of Documents to

List all documents served with the Summons and Complaint

Wal-Mart Stores Inc., dated July 27, 2015

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Mileage fee<br>$ | Total fee<br>$ | Signature |
|---|---|---|---|---|

Name (type or print)

Title

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                                            Date

My commission expires: _____ Signature: _____
                                      Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                        Attachments

_____ on _____
                                        Day, date, time

                                                    on behalf of _____

Signature

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

KAREN SMOLARZ,

      Plaintiff,

      v.

**15 - 2 5 9 8 - N O**

Case No:_____-NO

Hon: JAMES M. MACERONI

WAL-MART STORES, INC., a Foreign
corporation individually and d/b/a Wal-Mart,
WalMart, Wal-Mart Neighborhood Market,
Wal-Mart Supercenter, Wal-Mart Supercenter
#4660, and WAL-MART STORES EAST,
LIMITED PARTNERSHIP, a Foreign Limited
Partnership, individually and d/b/a, Wal-Mart,
Wal-Mart Neighborhood Market, WSE
Management LLC, Wal-Mart Supercenter
and/or Wal-Mart Supercenter #4660, licensed to
do business in the State of Michigan, jointly and
severally,

      Defendant.

---

ZEBROWSKI LAW
Paul A. Zebrowski (P44427)
Thomas A. Biscup (P40380)
Anthony J. Nardone (P78836)
Attorneys for Plaintiff
45952 Schoenherr Road
Shelby Township, MI 48315
(586) 566-7266/Fax (586) 566-6898
paul@zebrowskilaw.com
file@zebrowskilaw.com

RECEIVED

JUL 2 4 2015

CARMELLA SABAUGH
Macomb County Clerk

15 JUL 24 PM 4: 25
FILED

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES the Plaintiff, Karen Smolarz, by and through her attorneys, ZEBROWSKI
LAW, and files her complaint against the Defendants, Wal-Mart Stores Inc., et al., as follows:

## PARTIES AND JURISDICTION

1.    Plaintiff, Karen Smolarz, is a citizen of the State of Michigan and resides in

1

Macomb County, Michigan.

2.      Defendant, Wal-Mart Stores, Inc, is a Delaware Corporation licensed to do business in the State of Michigan, and regularly and continuously conducts business in the County of Macomb, State of Michigan.

3.      Defendant, Wal-Mart Stores East, L.P. is a Delaware limited partnership licensed to do business in the State of Michigan, and regularly and continuously conducts business in the County of Macomb, State of Michigan.

4.      Defendants operate many locations, including the Wal-Mart Supercenter #4660 in Macomb County, Michigan, at 18400 Hall Road, Clinton Township, MI 48038, ("Wal-Mart Supercenter").

5.      The amount in controversy exceeds $25,000.00 exclusive of interest, costs, and attorney fees.

6.      This Court has jurisdiction over this matter and venue is proper.

### FACTUAL BACKGROUND

7.      On Sunday, July 19, 2015, the Plaintiff was injured at the Wal-Mart Supercenter.

8.      On July 19, 2015, as the Plaintiff was entering the Wal-Mart Supercenter, Wal-Mart employees were returning a large amount of shopping carts to a shopping cart pick up area in a negligent manner.

9.      Plaintiff was entering the Wal-Mart Supercenter through the marked entrance. While walking in the vestibule area (area between the two sets of entrance doors) along the proper entrance area, the Plaintiff passed by the area, off to the side, where shopping carts are stored and made available for shoppers entering the store, if they desire one.

10.     The Plaintiff did not desire or seek to get a cart and thus continued walking in the

2

proper area for entering the second set of entrance doors.  As she was walking through the vestibule she was struck by shopping cart(s) that were propelled out of the shopping cart storage area with significant force, enough to knock the Plaintiff to the ground.

11.    The shopping cart(s) were being pushed into the storage area by Wal-Mart Supercenter employee(s) at the time.

12.    The negligent manner in which the Wal-Mart Supercenter employee(s) were pushing the shopping carts into the storage area caused shopping cart(s) to strike the Plaintiff, causing her to be knocked to the ground.

13.    The shopping cart(s) that the Wal-Mart Supercenter employee(s) were pushing were not properly secured.

14.    The Wal-Mart Supercenter employee(s) could not see the Plaintiff, as their view was obstructed while they were returning the shopping carts.

15.    After the shopping cart(s) caused the Plaintiff to be knocked to the ground, the Wal-Mart Supercenter employee(s) continued their attempt to return the shopping carts in a negligent manner, because they were not aware that they had caused the Plaintiff to be knocked to the ground.

16.    The Plaintiff has sustained serious injuries as a result of being thrown to the ground by the shopping cart(s), including, but not limited to, a broken hip. This has resulted in a hip replacement.

## COUNT I – NEGLIGENCE SHOPKEEPER LIABILITY

17.    Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1-16 as though full set forth herein.

18.    At all relevant times the Plaintiff was an invitee on Wal-Mart Supercenter's

3

premises for a commercial purpose.

19.     At all relevant times the Defendants held itself open to customers for the purchase of goods, and accordingly owed the Plaintiff shopkeeper duties.

20.     As set forth above, the Plaintiff was entering the Wal-Mart Supercenter, in the proper manner, when she was struck by shopping cart(s), causing her to be knocked to the ground.

21.     Defendants' conduct, in returning the shopping carts in a negligent and forceful manner caused a dangerous situation, breaching its shopkeeper duties owed to the Plaintiff.

22.     The Defendants were aware, or reasonably should have known, that its conduct was causing a dangerous situation on its premises.

23.     As a direct and proximate result of the Defendants' conduct as set forth above, Karen Smolarz has sustained serious injuries and damages, which include, but are not necessarily limited to, the following:

        a.     Broken hip requiring a hip replacement;

        b.     Serious and permanent disfigurement;

        c.     Limitations in her activities, both social and recreational; and

        d.     Following the incident the Plaintiff has and will continue to have pain, suffering, humiliation, embarrassment, inconvenience, limitation in physical activities, and impairment of her social existence.

22.     As a direct and proximate result of the breaches by Defendants, Karen Smolarz has suffered physical, emotional, and economic damages for which the Defendants are liable.

WHEREFORE, Plaintiff seeks damages against the Defendants in an amount in excess of Twenty Five-Thousand ($25,000.00) Dollars to which she is found by the Trier of Fact to be

entitled, together with reasonable costs, interest and attorney fees, and any other relief that this

Court deems proper under the circumstances.

ZEBROWSKI LAW

By: _____
Paul A. Zebrowski (P44427)
Thomas A. Biscup (40380)
Anthony J. Nardone (P78836)
ZEBROWSKI LAW
Attorneys for Plaintiff
45952 Schoenherr Road
Shelby Township, MI 48315
(586) 566-72666
paul@zebrowskilaw.com
file@zebrowskilaw.com

Dated: July 24, 2015

**DEMAND FOR JURY TRIAL**

RECEIVED
JUL 24 2015
CARMELLA SABAUGH
Macomb County Clerk

Plaintiff hereby demands trial by jury of all issues so triable.

Respectfully submitted,

By: _____
Paul A. Zebrowski (P44427)
Thomas A. Biscup (40380)
Anthony J. Nardone (P78836)
Attorneys for Plaintiff
ZEBROWSKI LAW
45952 Schoenherr Road
Shelby Township, MI 48315
(586) 566-72666
paul@zebrowskilaw.com
file@zebrowskilaw.com

Dated: July 24, 2015

5