UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN SMOLARZ,   Case No. 15-cv-13047-GAD-MJH
                Hon. Gershwin A. Drain

    Plaintiff,

v

WAL-MART STORES EAST, LP,

    Defendant.
_____/

| | |
|---|---|
| PAUL A. ZEBROWSKI (P44427) | NICOLE M. WRIGHT (P63513) |
| THOMAS A. BISCUP (P40380) | DANIEL J. McCARTHY (P26882) |
| ANTHONY J. NARDONE (P78836) | JAMIE J. JANISCH (P72516) |
| ZEBROWSKI LAW | ZAUSMER AUGUST & CALDWELL, PC |
| Attorneys for Plaintiff | Attorneys for Defendant Wal-Mart |
| 45952 Schoenherr Road | 31700 Middlebelt Road, Suite 150 |
| Shelby Township, MI 48315 | Farmington Hills, MI  48334 |
| (586) 566-7266 / Fax: (586) 566-6898 | (248) 851-4111  Fax: (248) 851-0100 |
| paul@zebrowskilaw.com | nwright@zacfirm.com |
| file@zebrowsklaw.com | dmccarthy@zacfirm.com |
| | jjanisch@zacfirm.com |

_____/

**STIPULATED ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE**

    This matter having come before this Honorable Court pursuant to the stipulation of the parties; and the Court being otherwise fully advised in the premises;

{00644094}

IT IS HEREBY ORDERED that the within cause of action be, and hereby is, dismissed as to Defendant, WAL-MART STORES EAST, LP, with prejudice and without costs to any party.

This Order resolves the last pending claim and closes the case.

/s/Gershwin A Drain
**U.S. DISTRICT COURT JUDGE**

We hereby consent to the entry of the above Order:

*/s/Anthony J. Nardone (w/permission)*
ANTHONY J. NARDONE (P78836)
Attorney for Plaintiff

*/s/Nicole M. Wright*
NICOLE M. WRIGHT (P63513)
Attorney for Defendant Wal-Mart